JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DERRICK KENYATTA STOKES, | ) | NO. SA CV 22-1735-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DON BARNES, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 21, 2023.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE